CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJW

JUL 18 2013

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL V. THERIAULT,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:13-cv-00294 |
| v. | )<br>) | **MEMORANDUM OPINION** |
| A. DAVID ROBINSON, et al.,<br>    Defendant(s). | )<br>)<br>)<br>) | By:   Jackson L. Kiser<br>Senior United States District Judge |

Michael V. Theriault, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 26, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the required paperwork set forth within. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 18th day of July, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge