IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL V. THERIAULT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00294 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| A. DAVID ROBINSON, et al., | ) | By:  Jackson L. Kiser |
|     Defendant(s). | ) |        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of July, 2013.

                                                      Senior United States District Judge